FILED

08/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0125

Michael Klinkhammer, Esq.
P.O. Box 9137
Kalispell Montana 59904
Phone 406.257.7277
E-mail: mike@mklinkhammerlawoffices.com
License: 2516

Attorney for Appellant/Petitioner Donna Katherine Finley

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0125
(To be assigned by the Clerk of the Supreme Court)

DONNA KATHERINE FINLEY

Appellant/Petitioner,                          ORDER GRANTING UNOPPOSED
    v.                                     MOTION FOR 30 DAY EXTENSION OF
                                               TIME TO FILE APPELLANT'S
AUSTIN ZUGG and KOLBY ZUGG,                     OPENING BRIEF

Appellees/Respondents

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

.

UPON Receipt of UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF pursuant to Rule 26, M.R.App.P. along with supporting affidavit and good cause shown;

IT IS HEREBY ORDERED that the motion is GRANTED. The Appellant/Petition shall have an extension of 30 days until September 27, 2024, in which to file her opening brief.

DATED this 22nd day of August, 2024.

_____
Clerk, Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 22 2024